# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-05-00668-CR
NO. 03-05-00669-CR

**Shaqueta Shaquette Hill, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NOS. 58165 & 58166, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In number 58165, appellant Shaqueta Shaquette Hill pleaded guilty to possessing more than one gram of cocaine. *See* Tex. Health & Safety Code Ann. § 481.115 (West 2003). The trial court adjudged her guilty and assessed a six-year prison term, probated. In number 58166, appellant pleaded guilty to forgery by passing. *See* Tex. Pen. Code Ann. § 32.21 (West Supp. 2005). The court adjudged her guilty and sentenced her to one year in state jail.

Appellant's court-appointed attorney filed a brief in each cause concluding that the appeal is frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974);

*Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's briefs and was advised of her right to examine the records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's briefs and agree that the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals. Counsel's motions to withdraw are granted.

The judgments of conviction are affirmed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Affirmed

Filed: April 13, 2006

Do Not Publish